IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JONAH SHAWGO** as Administrator, on behalf of **THE ESTATE OF RICK LEE SHAWGO**,<br><br>Plaintiffs,<br><br>vs.<br><br>**TIGER PLUMBING, HEATING, AIR CONDITIONING & ELECTRICAL SERVICES, d/b/a TIGER SERVICES, TIGER PLUMBING SERVICES, LLC, TIGER HEATING and AIR CONDITIONING SERVICES, INC., TIGER ELECTRICAL SERVICES, LLC, and ALLY FINANCIAL, INC., d/b/a ALLY LENDING.**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NUMBER: 3:25-cv-321<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CLASS ACTION COMPLAINT

Plaintiff, Jonah Shawgo, as Administrator on behalf of the Estate of Rick Lee Shawgo, (the "Estate" or "Plaintiff"), by and through its duly appointed representative, for its Complaint against Defendants Tiger Plumbing, Heating, Air Conditioning & Electrical Services, d/b/a Tiger Services, Tiger Plumbing Services, LLC, Tiger Heating and Air Conditioning Services, Inc., Tiger Electrical Services, LLC, and Ally Financial, Inc., d/b/a Ally Lending, states as follows:

### INTRODUCTION

1. This action arises from Defendants' unlawful scheme to exploit vulnerable senior citizens, including Mr. Shawgo, by misrepresenting the cost of plumbing services and coercing customers into unfair financing arrangements.

2. Defendants, through duplicative and misleading means, conveyed an artificially inflated price for plumbing services. Tiger Plumbing then steered elderly customers toward

financing through Ally Financial, Inc., despite knowing the transactions were predicated on fraudulent misrepresentations.

3. Defendants' conduct constitutes elder financial exploitation under Illinois law, fraud in the inducement, and a pattern of racketeering activity in violation of both the **Illinois Street Gang and Racketeer Influenced and Corrupt Organizations Law ("Illinois RICO"), 720 ILCS 5/33G-1 et seq.**, and the federal **Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961 et seq.**

4. Plaintiff brings this class action to recover damages, seek injunctive relief, and hold Defendants accountable for their fraudulent and deceptive business practices.

## JURISDICTION AND VENUE

5. This Court has **subject matter jurisdiction** over this action under **28 U.S.C. § 1331** because Plaintiff asserts claims under the **Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1961 et seq.**

6. This Court also has **supplemental jurisdiction** over Plaintiff's **Illinois state law claims** under **28 U.S.C. § 1367** because those claims arise from the same nucleus of operative facts as the federal claims.

7. **Diversity jurisdiction under 28 U.S.C. § 1332** does not exist because Plaintiff and Defendant **Tiger Plumbing, Inc.** are both Illinois citizens.

8. Venue is proper in the **Southern District of Illinois** under **28 U.S.C. § 1391(b)(2)** because a substantial part of the events giving rise to this action occurred in Monroe County, Illinois.

9. This Court has **personal jurisdiction** over Defendants because they conduct business in Illinois and engaged in the wrongful acts alleged herein in this District.

## PARTIES

10. Plaintiff, the Estate of Mr. Shawgo, is the duly opened and appointed estate of Mr. Shawgo, a resident of Monroe County who was fraudulently induced into an overpriced plumbing service and financing agreement.

11. Defendant Tiger Plumbing, Heating, Air Conditioning and Electrical Services d/b/a Tiger Services, is an Illinois corporation engaged in the business of providing plumbing services to consumers in Illinois, including Monroe County.

12. Defendant, Tiger Plumbing Services, LLC is an Illinois corporation engaged in the business of providing plumbing services to consumers in Illinois, including Monroe County.

13. Tiger Heating and Air Conditioning Services, Inc. is an Illinois corporation engaged in the business of providing plumbing services to consumers in Illinois, including Monroe County.

14. Tiger Electrical Services, LLC is an Illinois corporation engaged in the business of providing plumbing services to consumers in Illinois, including Monroe County.

15. Ally Financial, Inc., d/b/a Ally Lending ("Ally") is a Delaware corporation with its principal place of business in Michigan, is registered to do business in Illinois and has a registered agent in Chicago, Illinois. Ally is formerly known as GMAC, Inc.

## FACTUAL ALLEGATIONS

16. In or around April 2024, Tiger Plumbing provided plumbing services to Mr. Shawgo at his residence in Monroe County.

17. Tiger Plumbing, through duplicative and misleading means, misrepresented the cost of the services and conveyed an artificially high price.

18. Tiger Plumbing then steered Mr. Shawgo toward financing the inflated cost through Ally Financial, despite knowing the transaction was based on fraudulent representations.

19. Defendants engaged in this conduct as part of a broader scheme to target and financially exploit senior citizens in violation of Illinois law.

20. Mr. Shawgo, a senior as defined under Illinois elder abuse laws, suffered financial harm as a direct and proximate result of Defendants' deceptive and unlawful practices.

21. The arbitration agreement purportedly entered into by the parties is unenforceable due to fraud in the inducement. The entire transaction was predicated on deceptive and unfair practices that deprived Mr. Shawgo of meaningful consent.

22. Plaintiff's claims are timely as the cause of action accrued no earlier than April 2024, and the Estate was duly opened within the applicable statutory period.

## CLASS ACTION ALLEGATIONS

23. Plaintiff brings this action on behalf of itself and all others similarly situated, defined as:

> **All individuals in Illinois who, within the applicable statute of limitations, were fraudulently induced by Tiger Plumbing into purchasing services at an inflated price and financing through Ally Financial.**

24. The members of the proposed class are so numerous that joinder of all members is impracticable.

25. There are common questions of law and fact, including whether Defendants engaged in deceptive pricing practices, whether they knowingly exploited senior citizens, whether they conspired to defraud customers, whether the arbitration agreements are unenforceable due to fraud, and the appropriate measure of damages.

26. Plaintiff's claims are typical of those of the class, and Plaintiff will fairly and adequately represent the class.

## CHALLENGE TO THE ARBITRATION AGREEMENT

Defendants will likely attempt to enforce an arbitration agreement against Plaintiff, but such an agreement is **unenforceable** for the following reasons:

27. **Fraud in the Inducement** – Defendants misrepresented the **nature, scope, and effect of the arbitration clause**, depriving Mr. Shawgo of meaningful consent.

28. **Elder Financial Exploitation** – Enforcing the arbitration agreement would violate the **Illinois Elder Abuse and Neglect Act (320 ILCS 20/1 et seq.)**, which was enacted to protect seniors from financial exploitation.

29. **RICO and Illinois RICO** – Arbitration agreements cannot be used to **shield criminal racketeering or financial exploitation**.

30. **Unconscionability** – The arbitration clause was presented in an unfair manner, contained **one-sided terms**, and deprived Mr. Shawgo of his **right to seek judicial relief**.

31. **Estate's Independent Claims** – To the extent Plaintiff asserts claims **on behalf of the estate**, rather than solely on behalf of Mr. Shawgo, the arbitration agreement does not apply.

## COUNT I – VIOLATION OF THE ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT (815 ILCS 505/1 et seq.)

32. Plaintiff realleges and incorporates by reference all preceding paragraphs.

33. Defendants engaged in unfair and deceptive acts by misrepresenting and inflating the price of plumbing services, steering consumers into predatory financing, and concealing material facts regarding the true cost and nature of the transaction.

34. Plaintiff seeks compensatory damages, punitive damages, and attorneys' fees pursuant to 815 ILCS 505/10a.

## COUNT II – FRAUD IN THE INDUCEMENT

35. Plaintiff realleges and incorporates by reference all preceding paragraphs.

36. Defendants knowingly made false representations to induce Plaintiff into entering into a contract, making the arbitration agreement unenforceable.

37. Plaintiff seeks rescission of the contract, compensatory damages, and punitive damages.

### COUNT III – CIVIL RICO (18 U.S.C. § 1962(c))

38. Plaintiff realleges and incorporates by reference all preceding paragraphs.

39. Defendants engaged in a pattern of racketeering activity by repeatedly using fraudulent misrepresentations to induce senior citizens into financing agreements.

40. Plaintiff seeks treble damages and attorneys' fees pursuant to 18 U.S.C. § 1964(c).

### COUNT IV – ILLINOIS RICO (720 ILCS 5/33G-1 et seq.)

41. Plaintiff realleges and incorporates by reference all preceding paragraphs.

42. Defendants knowingly conducted or participated in an enterprise through a pattern of predicate criminal acts, including fraud and financial exploitation of the elderly.

43. Defendants engaged in at least two predicate acts of fraud to carry out their scheme, making them liable under Illinois RICO.

44. Plaintiff seeks treble damages, attorneys' fees, and other relief permitted under 720 ILCS 5/33G-1 et seq.

### COUNT V – ELDER FINANCIAL EXPLOITATION (320 ILCS 20/1 et seq.)

45. Plaintiff realleges and incorporates by reference all preceding paragraphs.

46. Defendants knowingly exploited a senior citizen by using deceptive means to coerce an unfair financial agreement.

47. Plaintiff seeks damages, statutory penalties, and injunctive relief.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for:

    A. Certification of the class;

    B. Compensatory damages;

    C. Punitive damages;

    D. Treble damages under federal and Illinois RICO;

    E. Attorneys' fees and costs;

    F. Injunctive relief; and

    G. Any other relief the Court deems just and equitable.

/S/ CHARLES J. BARICEVIC
CHARLES J. BARICEVIC - 6305418
CHATHAM & BARICEVIC
107 WEST MAIN STREET
BELLEVILLE, ILLINOIS 62220
PHONE: 618-233-2200
FAX: 618-233-1589
cj@chathamlaw.org